# EXHIBIT 1

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION | DISTRICT ADDRESS AND PHONE NUMBER<br>Food & Drug Adm., CDRH, Att. Marge Hoban<br>2094 Gaither Road, (Room 007), HFZ-306<br>Rockville, MD 20850<br>Phone (301) 594-4695  Fax: (301) 594-4715 | |
|---|---|---|
| NAME OF INDIVIDUAL TO WHOM REPORT ISSUED<br>TO: Mr. Greg Crane | PERIOD OF INSPECTION<br>10/23 - 26/00 | C.F. NUMBER |
| TITLE OF INDIVIDUAL<br>Vice President, International Operations | TYPE ESTABLISHMENT INSPECTED<br>Medical Device Manufacturer | |
| FIRM NAME<br>McGhan Medico, S.A. | NAME OF FIRM, BRANCH OR UNIT INSPECTED | |
| STREET ADDRESS<br>Zona Franca Metropolitana | STREET ADDRESS OF PREMISES INSPECTED | |
| CITY AND STATE (Zip Code)<br>Barreal de Heredia, Costa Rica | CITY AND STATE (Zip Code) | |

DURING AN INSPECTION OF YOUR FIRM II OBSERVED:

THE OBSERVATIONS NOTED IN THIS FDA-483 ARE NOT AN EXHAUSTIVE LISTING OF OBJECTIONABLE CONDITIONS. UNDER THE LAW, YOUR FIRM IS RESPONSIBLE FOR CONDUCTING INTERNAL SELF-AUDITS TO IDENTIFY AND CORRECT ANY AND ALL VIOLATIONS OF THE GMP REGULATIONS.

1.* The bioburden recovery protocol [ ... ] dated [ ] is deficient in that there is no data to show that the [ ] rinse were effective. The first rinse requires agitation on a [ ] for at [ ] while the [ ] rinse require that the test samples be [ ] [ ] for approximately [ ]

* Correction promised by T.J.

| EMPLOYEE(S) SIGNATURE | EMPLOYEE(S) NAME AND TITLE (Print or Type)<br>Teresa Jimenez, Investigator | DATE ISSUED<br>10/26/00 |
|---|---|---|
| SEE REVERSE OF THIS PAGE | | |

FORM FDA 483 (5/85)    PREVIOUS EDITION MAY BE USED    INSPECTIONAL OBSERVATIONS    PAGE 1 OF 1 PAGES